Kentrell L. HILL *v.* STATE of Arkansas

CR 05-992                                                    214 S.W.3d 271

Supreme Court of Arkansas
Opinion delivered September 29, 2005

*Robert N. Jeffrey*, for appellant.

No response.

Per Curiam. Appellant Kentrell L. Hill, by and through his attorney Robert N. Jeffrey, has filed a motion for rule on the clerk. Mr. Jeffrey states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admitted by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.